# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL N. WIIDEMAN, | )<br>) |
| Plaintiff, | )  3: 10-cv-00186-RCJ-RAM<br>) |
| vs. | )<br>) **ORDER** |
| HOWARD SKOLNIK, *et al*, | )<br>) |
| Defendants. | ) |

On September 27, 2010, plaintiff filed a motion for voluntary dismissal of this action. (Docket #8.)  Good cause appearing, plaintiff's motion is **HEREBY GRANTED**.  The Clerk is directed to enter judgment accordingly.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE