AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

RANDAL N. WIIDEMAN,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
  V.

                                           CASE NUMBER: **3:10-cv-00186-RCJ-RAM**

HOWARD SKOLNIK, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for voluntary dismissal (Document No. 8) of this action is GRANTED.


  October 21, 2010                                    **LANCE S. WILSON**
                                                                           Clerk

                                                                          /s/ Katie Lynn Ogden
                                                                           Deputy Clerk