UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL N. WIIDEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK, *et al*,<br><br>    Defendants. | 3: 10-cv-00186-RCJ-RAM<br><br>**ORDER** |

On September 27, 2010, plaintiff filed a motion for voluntary dismissal of this action. (Docket #8.) Accordingly, on October 21, 2010, this court entered judgment, granting plaintiff's motion and dismissing this case. (Docket #10.) On October 29, 2010, plaintiff filed a motion to reopen this case, stating only that he was mistaken in dismissing it. (Docket #11.) The court finds that plaintiff has failed to show good cause for reopening this case and therefore **HEREBY DENIED** plaintiff's motion. (Docket #11.)

DATED this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE